■ GEORGE COX, Respondent, v AUDREY COX, Appellant. — Order of the Supreme Court, Rockland County, dated July 13, 1983, affirmed, with costs, for the reasons stated by Justice Ruskin at Special Term. Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.